No. 94–968.  PINEVILLE REAL ESTATE OPERATION CORP. ET AL. *v.* MICHAEL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 94–969.  ODEKIRK *v.* IMPERIAL PALACE, INC., V. E. B. A. TRUST EMPLOYEE MEDICAL BENEFIT PLAN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–970.  BUSTER *v.* THOMAS, HEAD & GREISEN EMPLOYEES TRUST ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–971.  CAMPBELL ET AL. *v.* LEECH LAKE BAND OF CHIPPEWA INDIANS ET AL.  Sup. Ct. Minn.  Certiorari denied.

No. 94–978.  JOSLYN MANUFACTURING CO. *v.* LIBERTY MUTUAL INSURANCE CO.  C. A. 5th Cir.  Certiorari denied.

No. 94–979.  PATTERSON *v.* MATANUSKA MAID, INC., ET AL. Sup. Ct. Alaska.  Certiorari denied.

No. 94–983.  HOLAHAN, CHAIR OF THE MINNESOTA ETHICAL PRACTICES BOARD, ET AL. *v.* DAY ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 94–994.  FOBBS *v.* HOLY CROSS HEALTH SYSTEM CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.  F. 3d 1439.

No. 94–996.  SCHULZ ET AL. *v.* NEW YORK ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 94–998.  BULLWINKLE *v.* ALASKA.  Super. Ct. Alaska, 4th Jud. Dist.  Certiorari denied.

No. 94–1001.  STEWART *v.* KEOHANE.  Sup. Ct. Colo.  Certiorari denied.

No. 94–1005.  HARHAI *v.* CARUSO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 94–1006.  KING *v.* YOUNG ET AL.  C. A. 7th Cir.  Certiorari denied.